FILED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

-5 JAN 00 AM 11:23

DISTRICT OF UTAH

BY: _____
     CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:99-CR-195-J |
| Plaintiff, | : | |
| vs. | : | ORDER GRANTING LEAVE OF COURT TO FILE A DISMISSAL |
| DUSTIN CHAPPEL BLACK, | : | OF THE INDICTMENT AGAINST DUSTIN CHAPPEL BLACK. |
| Defendant. | | |

Based upon the motion of the United States of America, and for good cause appearing, the Court hereby grants leave under Fed.R.Crim.P. 48(a) to allow the United States Attorney to file a dismissal with prejudice for the above referenced Indictment against the defendant, DUSTIN CHAPPEL BLACK.

DATED this 5TH day of January, 2000.

BY THE COURT:

BRUCE S. JENKINS, Senior Judge
United States District Court

61

jag

United States District Court
for the
District of Utah
January 5, 2000

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  2:99-cr-00195

True and correct copies of the attached were mailed by the clerk to the following:

    Mr. David J Schwendiman, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Mr. Scott S Kunkel, Esq.
    4021 S 700 E STE 400
    SALT LAKE CITY, UT  84107

    Mr. Mark R Moffat, Esq.
    BROWN BRADSHAW ANDERSON & MOFFAT LLP
    10 W BROADWAY STE 210
    SALT LAKE CITY, UT  84101
    JFAX 9,5325298

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5245134

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136