MARK R. MOFFAT (#5112)
Attorney for Defendant
10 West Broadway, Suite 210
Salt Lake City, Utah 84101
Telephone: (801) 532-5297
Facsimile: (801) 532-5298



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | ORDER EXONERATING BAIL |
| v. | |
| DUSTIN CHAPPEL BLACK, | Case No. 2:99CR-0195J |
| Defendant. | |

Based upon motion of defendant and good cause appearing therefor;

IT IS HEREBY ORDERED that the cash posted by John Forster, is hereby exonerated and the title or such other documents of ownership as are on file with the clerk of the court shall be released to John Forster.

DATED this 5th day of January 2000.

BY THE COURT:

BRUCE S. JENKINS
District Court Judge

62

## MAILING CERTIFICATE

I hereby certify that a true and correct copy of the foregoing Order Exonerating Bail was mailed, postage prepaid, to Mark K. Vincent, Assistant U.S. Attorney, 185 South State Street, #400, Salt Lake City, Utah 84111, on the 22 day of December 1999.

*Jennifer Hansen*

MRM\P\783

2

jag

United States District Court
for the
District of Utah
January 5, 2000

* * MAILING CERTIFICATE OF CLERK * *

Re:   2:99-cr-00195

True and correct copies of the attached were mailed by the clerk to the following:

   Mr. David J Schwendiman, Esq.
   US ATTORNEY'S OFFICE
   ,
   JFAX 9,5245985

   Mr. Scott S Kunkel, Esq.
   4021 S 700 E STE 400
   SALT LAKE CITY, UT  84107

   Mr. Mark R Moffat, Esq.
   BROWN BRADSHAW ANDERSON & MOFFAT LLP
   10 W BROADWAY STE 210
   SALT LAKE CITY, UT  84101
   JFAX 9,5325298

   USMS
   DISTRICT OF UTAH
   ,
   JFAX 9,5245134

   US Probation
   DISTRICT OF UTAH
   ,
   JFAX 9,5261136